IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS L.LC., <br><br> Plaintiff, <br><br> v. <br><br> DEI HOLDINGS, INC. (f/k/a DIRECTED ELECTRONICS, INC.) and DEI SALES, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:15-cv-373-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney John M. Jackson enters his appearance in this matter as counsel for Defendants DEI Holdings, Inc. (f/k/a Directed Electronics, Inc.) and DEI Sales, Inc., for the purpose of receiving notices from the Court.

    Respectfully submitted,

    /s/ John M. Jackson
    John M. Jackson
    State Bar No. 24002340
    jjackson@jw.com
    **JACKSON WALKER L.L.P.**
    901 Main Street, Suite 6000
    Dallas, Texas  75202
    Telephone:  (214) 953-6109
    Facsimile:  (214) 661-6645
    jjackson@jw.com

    **ATTORNEYS FOR DEFENDANTS**
    **DEI HOLDINGS, INC. (F/K/A DIRECTED**
    **ELECTRONICS, INC.) AND DEI SALES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 8, 2015.  Any other counsel of record will be served by first class mail.

/s/ John M. Jackson
John M. Jackson