IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DEI HOLDINGS, INC. (f/k/a DIRECTED ELECTRONICS, INC.) and DEI SALES, INC., <br><br> Defendants. | Civil Action No. 2:15-cv-00373 (JRG) <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS DEI HOLDINGS, INC. AND DEI SALES INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants DEI Holdings Inc. and DEI Sales, Inc., by and through their undersigned counsel, declare as follows:

1. DEI Sales, Inc. is a Florida corporation whose corporate parent is DEI Holdings, Inc., and has no publicly traded corporation currently owning 10% or more of its stock.

2. DEI Holdings, Inc. is a Florida corporation whose corporate parent is Viper Holdings Corporation, and has no publicly traded corporation currently owning 10% or more of its stock.

**COHEN & GRESSER LLP**

Dated: June 2, 2015

Of Counsel:

John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
178284

/s/ Damir Cefo
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo (NY Bar No. 3997566)
**COHEN & GRESSER LLP**
800 Third Avenue
New York, New York 10022
(212) 957-7600
dcefo@cohengresser.com
*Attorneys for Defendants DEI Holdings Inc. (f/k/a Directed Electronics Inc.) and DEI Sales, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing is being served via the Court's CM/ECF system on June 2, 2015 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

                                        */s/ Damir Cefo*
                                        Damir Cefo